Jamie McGrady
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL SAOFAGA, JR.,<br><br>        Defendant. | Case No. 3:18-cr-00129-TMB-MMS-1<br><br>**AFFIDAVIT OF BRUCE JOHNSON** |

STATE OF ALASKA         )
                                   ) ss.
THIRD JUDICIAL DISTRICT  )

    I, Bruce Johnson, being first duly sworn upon oath, deposes and states:

1. I am a staff investigator for the Office of the Federal Defender for the District of Alaska.

2. I have been a criminal defense investigator for approximately 22 years. I have been with the Office of the Federal Defender for 15 years.

3. On September 18, 2018, Michael Saofaga was arrested after exiting the Springhill Suites hotel on 36th Avenue and A Street.

4. The Government provided our office two video surveillance captures from the Springhill Suites hotel on A Street. One camera is positioned inside the hallway, and the other is located near the rooftop of the hotel, pointed towards the front parking lot.

5. The parking lot surveillance video shows Mr. Saofaga running into the parking lot after he exited the hotel on the north side of the building.

6. At 4:18 of the video, Mr. Saofaga can be seen entering the video at the northeast corner of the parking lot running towards A Street.

7. On December 9, 2019, I went to the Springhill Suites and took measurements of the path Mr. Saofaga took when he entered and exited the Springhill Suite's parking lot surveillance camera view.

8. It is approximately 90 feet from the northeast corner of the front parking lot where Mr. Saofaga is first seen to the trees where he disappears from the camera's view.



9. Each parking space in the camera's view is approximately nine feet wide.

*United States v. Michael Saofaga*
Case No. 3:18-cr-00129-TMB-MMS                                                        Page 2

DATED at Anchorage, Alaska, this 10 day of December, 2019.

_____
Bruce Johnson, Investigator

SUBSCRIBED AND SWORN to before me this 10th day of December, 2019.

_____
Notary Public in and for Alaska
My Commission Expires: with office.

NOTARY PUBLIC
S. GRAHAM
STATE OF ALASKA
My Commission Expires w/office

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 10, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. *s/ Jamie McGrady*

*United States v. Michael Saofaga*
Case No. 3:18-cr-00129-TMB-MMS

Page 3

**Exhibit A, Page 3 of 3**